1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT FOR THE**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 PARAMOUNT EVERGREEN | ) CASE NO. 20CV1830 DMS BGS |
| PROPERTIES, INC., a California | ) |
| 12 Corporation, | ) |
| | ) **ORDER DISMISSING ENTIRE** |
| 13       Plaintiff, | ) **ACTION WITH PREJUDICE** |
| | ) |
| 14 | ) |
|      vs. | ) |
| 15 | ) |
| | ) |
| 16 TRAVELERS CASUALTY | ) |
| INSURANCE COMPANY OF | ) |
| 17 AMERICA, a Connecticut Corporation, | ) |
| and DOES 1-100, inclusive, | ) |
| 18 | ) |
|     Defendants. | ) |
| 19 | ) |

20

21      Having considered the Joint Motion to Dismiss the Entire Action with

22 Prejudice, and for good cause shown,

23     **IT IS HEREBY ORDERED THAT:**

24     1.    This entire action is dismissed with prejudice; and

25 \ \ \

26 \ \ \

27 \ \ \

28

1        2.      Each party shall bear its own attorneys' fees and costs.

2

3    **IT IS SO ORDERED.**

4

5    Dated:  January 20, 2021

6                                                Hon. Dana M. Sabraw

7                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE